FILED

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AGT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JALON HALL, Plaintiff,

vs.

GOOGLE LLC, Defendant(s).

CV23-6574

CASE NO. _____

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address 840 Shore Grove Cir, Apt 303
   City, State & Zip Code Auburn Hills, Mi 48326
   Phone 585-439-8376 or 585-504-1484 (vp)

2. Defendant is located at:
   Address 1600 Amphitheater Parkway
   City, State & Zip Code Mountain View, CA 94043

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. ___ Failure to employ me.

   b. ___ Termination of my employment.

- 1 -

1      c. X Failure to promote me.

2      d. X Other acts as specified below.

3 Failure to provide me with accommodations
4 in Content Moderation Specialist and Research
5 Analyst role.
6 Failure to provide me with training for
7 Research analyst role

8

9 5.     Defendant's conduct is discriminatory with respect to the following:

10      a. X My race or color.

11      b. __ My religion.

12      c. __ My sex.

13      d. __ My national origin.

14      e. X Other as specified below.

15 Disability

16 6.     The basic facts surrounding my claim of discrimination are:

17 Claim I (violation of civil rights: 42 U.S.C. §12112)
18 The Plaintiff transitioned to the Research Analyst role in
19 2021 with no training provided, and their experiences
20 with their manager include autism discrimination, lack
21 of support, and delays in project completion due to insufficient
22 accommodations. The Plaintiff also sought assistance from
23 retention department in transferring to an inclusive manager;
24 deny L3, L4 role and plaintiff continue to be... [Go next page]

25 7.     The alleged discrimination occurred on or about 2021-2023 .
26                                                    (DATE)

27 8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the
28 California Department of Fair Employment and Housing) regarding defendant's alleged

- 2 -

1  held back, remaining on the same level of the ladder for
2  the past 3 years and 3 months with no growth
3  opportunity. The Plaintiff highlights the lacks of
4  accommodations, inaccurate evaluations and biases, being
5  passed up for promotion, and not being properly evaluated
6  for their current role as a Research Analyst. The Plaintiff
7  highlight the above actions impacting their career
8  growth, which has blocked them from having equal
9  employment opportunities as of September 2023. By
10 doing the acts described above, Defendant caused
11 and/or permitted the violation of Plaintiff's Americans
12 with Disabilities Act (ADA) rights to be free from
13 employment discrimination based on race, color, religion,
14 sex and national origin, thereby entitling Plaintiff to
15 recover damage pursuant to 42 U.S.C. § 12112.
16 Claim II (Violation of Civil rights: 42 U.S.C § 12117)
17 The Plaintiff, an African American Deaf female, alleges
18 that the defendant violated various sections of the
19 ADA by not providing reasonable accommodations
20 during live production work for (CMS) Content Moderation
21 Specialist role and transferring her to a department without
22 training. This resulted in the Plaintiff not having equal
23 opportunities to perform her role due to the
24 removal of her sign language interpreters. By doing
25 the acts described above, Defendant engaging in
26 unlawful employment practices caused and/or
27 permitted the violation of Plaintiff's Americans with
28 Disabilities Act (ADA) rights to be free from

employment discrimination based on race, color, religion, sex and national origin, thereby entitling plaintiff to recover damages pursuant to 42 U.S.C § 12117.

Claim III (Violation of Civil rights: 42 U.S.C § 1981) The plaintiff describes an interaction with the Defendant employee In 2021, a machine learning Research Program Manager, during which negative racist comments were made, Including Characterizing the plaintiff as an "aggressive black deaf woman" and suggesting that they should keep their mouth shut and take a safe role. Additionally, the plaintiff details discrimonatory behavior from their current manager as of November 2022, including the use of nonverbal cues such as eye-rolling and dismissive body language, which have created a hostile work environment. Moreover, the Defendant consistently excludes the plaintiff from opportunities, meetings, and Important discussions based on their race and disability, such as limiting the plaintiff access to professional development opportunities and not assigning them to growing opportunity. The plaintiff highlight the defendant evaluation of ladder not align with role responsibility and organization OKR, also the exclusion and discrimination toward the Black Deaf Community by including only the National Association of the Deaf and excluding the

National Black Deaf Advocates for employment disability month and urges corrective measures to address these issues and provide equal access and opportunities to individuals with disabilities, including those who are Black and Deaf. By doing the acts described above, Defendant caused and/or permitted the violation of Plaintiff's Title VII of the Civil Rights Act of 1964 rights to have Equal Employment Opportunity, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1981.

(Request for Relief) The above claims encompass violations of the ADA, Title VII, and the Equal Pay Act, as well as the impact on the plaintiff's career and well-being. Furthermore, the plaintiff's are demanding compensation for compensatory and punitive damages resulting from the discrimination they have experienced. They strongly believe that enforcement policies in the Defendant Company, must be created to ensure that Black Deaf employees with disability are included in the provision of reasonable accommodations under the ADA; this is to ensure future hire of Black Deaf employees will not be discriminated and have an equity opportunity just as other non-Black Deaf employees with disability.

discriminatory conduct on or about __12/12/2022__.
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about __9/26/2023__.
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
Yes __X__   No ____

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: __12/19/2023__

__[signature]__
SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION IS <u>NOT</u> REQUIRED.)

__JALON R. HALL__
PLAINTIFF'S NAME
(Printed or Typed)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

San Jose Local Office
96 N Third St, Suite 250
San Jose, CA 95112
Office: (408) 889-1950
Email: sanjgov@eeoc.gov
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: September 26, 2023

**To:** Jalon Hall
840 Shore Grove Circle, Apt. # 303
Auburn Hills, MI 48326

Charge No: 556-2023-00028

EEOC Representative and email:   ANDREA NUNEZ
Investigator
andrea.nunez@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Margaret Ly
Digitally signed by Margaret Ly
Date: 2023.09.26 11:04:15 -07'00'

Margaret Ly
Local Director

Cc:
Katherine C. Huibonh
Duane Morris LLP
2475 Hanover Street
Palo Alto, CA 94304

Ariana Murtagh
Duane Morris LLP
2475 Hanover Street
Palo Alto, CA 94304

Michael Pfyl
1600 Amphitheater Parkway
Mountain View, CA 94043

Amy J. Lambert,
Google
Employment Legal Services 1600 Amphitheater Parkway
Mountain View, CA 94043

Please retain this notice for your records.