UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALON R. HALL,<br><br>           Plaintiff,<br><br>      v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No.23-cv-06574-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 5 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 5, 2024 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due February 27, 2024 by 5:00 P.M.

Dated: January 8, 2024

                                            Mark B. Busby
                                            Clerk of Court, United States District Court

                                            By:_____
                                            Mauriona Lee, Deputy Clerk to the
                                            Honorable JON S. TIGAR
                                            510-637-3530

United States District Court
Northern District of California