1 | Your name: Jalon Hall
2 | Address: 840 Shore Grove Cir, Apt 303
3 | Auburn Hills, Mi 48326
4 | Phone Number: 585-439-8376 or 585-504-1484
5 | E-mail Address: jalonhall33@gmail.com
6 | Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

JALON HALL

Plaintiff,

vs.

GOOGLE LLC,

Defendant.

Case Number: 23-CV-06574-JST

ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

Judge: Hon. JON S. TIGAR

**ORDER GRANTING**
MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 23-CV-06574-JST ; PAGE 1 OF 3 [JDC TEMPLATE Rev.2017]

1. The Case Management Conference is currently scheduled for *[date]* MARCH 5, 2024

2. I respectfully request that the Court move the Case Management Conference to the following date, or another at the Court's convenience *[date, same day of the week as the currently scheduled conference]* APRIL 2, 2024

3. This change is necessary because *[check box for reason that applies]*:

    ✓ Defendant has not yet responded to the Complaint. *[Explain when Defendant was or will be served with the Complaint. If Defendant was not served within 60 days of the Complaint being filed, explain why.]* Defendant was served with the complaint on FEBRUARY 13, 2024

    ☐ Other *[explain; inconvenience or a mere scheduling conflict is not a valid reason to request a change]*

4. The opposing side *[check box that applies and explain]*:

    ☐ has agreed to this change.

    ☐ has not agreed for the following reason:

    ✓ The opposing side has not yet responded to the Complaint.

    ☐ I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

ORDER GRANTING
MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 23-CV-06574-JST                    ; PAGE 2 OF 3 *[JDC TEMPLATE Rev.2017]*

5. I have *[check box that applies and explain]*:

☒ not already asked the Court to change the date of the Case Management Conference.

☐ already asked the Court to change the date of the Case Management Conference.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: FEBRUARY 16, 2024    Signature: /s/

Printed name: JAION HALL

Pro Se

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* April 2, 2024 at *[time]* 2:00 p.m.

IT IS SO ORDERED.

Date: February 26, 2024    [For Judge] /s/

[Judge's name] Jon S. Tigar

United States District/~~Magistrate~~ Judge

**ORDER GRANTING**
MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 23-CV-06574-JST ; PAGE 3 OF 3 *[JDC TEMPLATE Rev.2017]*