Katherine C. Huibonhoa (SBN 207648)
Brandon Rainey (SBN 272341)
Annabel Pollioni (SBN 350579)
Duane Morris LLP
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Telephone: +1 650 847 4150
Fax: +1 650 847 4151
E-mail: khuibonhoa@duanemorris.com
         brainey@duanemorris.com
         apollioni@duanemorris.com

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JALON HALL, | Case No.: 4:23-cv-06574-JST |
|---|---|
| Plaintiff, | **STIPULATION TO STAY CASE** |
| v. | |
| GOOGLE LLC, | Complaint Filed: December 21, 2023 |
| Defendant. | Trial Date: None Set |

Defendant Google LLC ("Google") and Plaintiff Jalon Hall ("Hall") (collectively, the "Parties"), hereby submit this Stipulation to Stay this case for 30 days for all purposes and respectfully request that the Court extend the current deadlines as follows:

WHEREAS, Google filed its Motion to Dismiss Plaintiff's Complaint on March 5, 2024 (ECF No. 12);

WHEREAS, on March 8, 2024, Hall filed an Opposition/Response to the Motion to Dismiss seeking a fourteen (14) day extension (from March 19, 2024 until April 3, 2024) of time to respond to the Motion to Dismiss and retain legal counsel (ECF No. 21), which the Court granted (ECF No. 22);

WHEREAS, on March 29, 2024, Hall contacted Google seeking its consent to a 30-day stay

1  this action for 30 days so that Hall could retain legal counsel;

2  WHEREAS, the Initial Case Management Conference was set for April 2, 2024 at 2:00 PM

3  (ECF No. 11), and has been reset for July 2, 2024 (ECF No. 26);

4  WHEREAS, the Parties' General Order No. 71 Disclosures are due April 4, 2024 (ECF No.

5  2);

6  WHEREAS, the Hearing on Google's Motion to Dismiss is set for May 2, 2024 at 2:00 PM

7  (ECF No. 19);

8  WHEREAS, the parties desire to stay this action for 30 days to afford Hall an opportunity to

9  retain legal counsel;

10  NOW THEREFORE, subject to the Court's approval, the Parties hereby stipulate and agree

11  that this action should be stayed for 30 days and all deadlines be extended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opposition to Motion to Dismiss | April 3, 2024 | May 3, 2024 |
| Reply in Support of Motion to Dismiss | April 10, 2024 | May 10, 2024 |
| Parties General Order No. 71 Disclosures | April 4, 2024 | May 6, 2024 |

The Parties respectfully request that the Court extend these deadlines and reset the Motion to Dismiss hearing at the Court's earliest convenience by signing and entering the concurrently submitted Proposed Order to Stay this Case and Extend Pending Deadlines Pursuant to Stipulation of the Parties.

| | | |
|---|---|---|
| 1 | Dated: April 1, 2024 | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By: _/s/Katherine Huibonhoa_<br>KATHERINE C. HUIBONHOA<br>Attorneys for Defendant |
| 4 | | GOOGLE LLC |
| 5 | | |
| 6 | Dated: April 1, 2024 | **JALON HALL** |
| 7 | | By: _/s/Jalon Hall_<br>Jalon Hall, *Pro Se* |