AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| JALON HALL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-06574-JST |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JALON HALL

Date:   04/24/2024

_____
*Attorney's signature*

J. Bernard Alexander, III (SBN 128307)
*Printed name and bar number*

ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067

*Address*

balexander@amfllp.com
*E-mail address*

(310) 394-0888
*Telephone number*

(310) 394-0811
*FAX number*