IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALON HALL,<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE LLC,<br><br>             Defendant. | Case No.: 23-cv-06574-JST<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DUANE MORRIS LLP AS COUNSEL FOR DEFENDANT GOOGLE LLC** |

Pursuant to Local Civ. R. 11-5, Duane Morris LLP is hereby permitted to withdraw as counsel for Defendant Google LLC.

Dated: ~~June 5, 2024~~ June 7, 2024

**IT IS SO ORDERED.**

_____
**HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA**

23-CV-06574-JST