UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALON R. HALL,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-06574-JST (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 88 |

    Defendants needn't appear or make witnesses available for the six depositions that plaintiff noticed on April 30, 2025, only nine days before the fact discovery cutoff. "Depositions of fact witnesses must be noticed at least 30 days before the close of fact discovery." AGT Civil Standing Order § VII.F.

    If, however, Judge Tigar grants plaintiff's motion to extend the fact discovery cutoff (dkt. 86), the parties must meet and confer and schedule dates for the depositions.

    **IT IS SO ORDERED.**

Dated: May 16, 2025

Alex G. Tse
United States Magistrate Judge