UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALON R. HALL,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-06574-JST (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 83 |

The parties' joint statement at Dkt. 83 is deficient in several respects.

- The parties didn't confirm that they met and conferred "in person or by videoconference" before filing. AGT Civil Standing Order § VII.B.

- The parties didn't attach the disputed discovery requests (Google RFPs 4, 5, and 14) and excerpts of the disputed deposition testimony. *See id.*

- The parties raised four discrete issues. "Multiple joint statements should be filed if there are discrete issues in dispute." *Id.*

The parties must meet and confer further. If they are unable to resolve their disputes, they may file additional joint statements. All joint statements must comply with the undersigned's civil standing order.

    **IT IS SO ORDERED.**

Dated: May 20, 2025

_____
Alex G. Tse
United States Magistrate Judge