United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JALON R. HALL,

        Plaintiff,

    v.

GOOGLE LLC, et al.,

        Defendants.

Case No. 23-cv-06574-JST

**ORDER GRANTING MOTION TO STRIKE**

Re: ECF No. 81

        Before the Court is Defendants Google, LLC and Jamila Smith's (together, "Defendants") motion to strike, ECF No. 81, Plaintiff Jalon R. Hall's second amended complaint, ECF No. 77. The Court will grant the motion.

        Hall filed her initial complaint on December 21, 2023. ECF No. 1. After the parties stipulated to allow Hall to amend her complaint, Hall filed her first amended complaint on August 26, 2024. ECF No. 49. Hall then filed a second amended complaint on February 28, 2025. ECF No. 77. She did so without obtaining leave from the Court or Defendants' consent, in violation of the requirements of Rule 15.

        Under Rule 15, a party may amend its pleading once as a matter of course within a certain time of service. *See* Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(a)(2). As Defendants correctly point out, the Court's setting of February 28, 2025, as the deadline for Hall to file any second amended complaint did not relieve Hall from having to comply with Rule 15. *See P. Marine Ctr., Inc.*, No. 1:09 CV 1409 LJO-GSA, 2010 WL 3034510, at *2 (E.D. Cal. July 30, 2010) ("[A]lthough the scheduling order indicated that Plaintiffs needed to forward any amended pleading to Defendants by July 1, 2010, there is nothing in that order relieving Plaintiffs

of their obligations under Rule 15 of the Federal Rule of Civil Procedure. . . . Therefore, Defendants' Motions to Strike the SAC shall be granted.").

Accordingly, the Court grants Defendants' motion to strike Hall's second amended complaint.

**IT IS SO ORDERED.**

Dated: June 2, 2025



JON S. TIGAR
United States District Judge