# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALON HALL, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, a Delaware Limited Liability Company; JAMILA SMITH-LOUD, an individual, and DOES 1–25, inclusive, <br><br> Defendants. | Case No. 23-cv-06574-JST <br><br> Hon. Jon S. Tigar <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE TRIAL AND PRETRIAL DATES** |

Pursuant to the Parties' Stipulation seeking to continue trial and pretrial dates in the above-entitled matter, the Court hereby GRANTS the Parties Stipulation and sets new dates and deadlines in this matter as follows:

    Pretrial Conference:    **July 10, 2026**

    Trial:    **July 27, 2026**

All pretrial deadlines are continued commensurate with the new trial date.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2025

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE